UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SIDDIQUE ASSOCIATES, INC.,

                         Plaintiff,

-against-

DAFNA CONSTRUCTION CO., LTD., et al.,

                         Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV-5429 (RJD)

An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on March 10, 2006, dismissing the case for lack of prosecution; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for lack of prosecution.

Dated: Brooklyn, New York
          March 13, 2006

ROBERT C. HEINEMANN
Clerk of Court